UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WARREN A. TRANCHINA | CIVIL ACTION |
| VERSUS | NUMBER: 05-5035 |
| UNITED STATES OF AMERICA | SECTION: "K"(5) |

O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of the parties to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed without prejudice.

New Orleans, Louisiana, this  9th  day of  March , 200 7 .

_____
UNITED STATES DISTRICT JUDGE

CLERK, PLEASE SERVE ALL
PARITIES AND:

Ms. Toni Tassin
46306 Charles Drive
Hammond, LA  70401